UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SE MYUNG LEE and YUHI LEE, | |
| Plaintiffs, | Civil Action No. 08-3986 (JAP) |
| v. | **ORDER** |
| M/V OCEAN EXPLORER, et al., | |
| Defendants. | |

PISANO, District Judge.

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Douglas E. Arpert, filed on November 10, 2009; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown,

**IT IS** on this 7th day of December, 2009,

**ORDERED** that the Report and Recommendation filed on November 10, 2009, recommending that judgment be entered in favor of Plaintiff Se Myung Lee and against M/V Ocean Explorer and Explorer Enterprises LLC in the amount of $125,000 is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court.

**SO ORDERED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.