NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SE MYUNG LEE and YUHI LEE,<br><br>Plaintiffs,<br><br>v.<br><br>M/V OCEAN EXPLORER, et al.,<br><br>Defendants. | Civil Action No. 08-03986 (JAP)<br><br>**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |

This matter having come before the Court on the Report and Recommendation of United States Magistrate Judge Douglas E. Arpert, filed on October 18, 2010; the Court having received no objections; and the Court having reviewed the Report and Recommendation and other documents on file in this matter and for good cause having been shown,

**IT IS** on this 3rd day of November, 2010,

**ORDERED** that the Report and Recommendation filed on October 18, 2010 [docket entry no. 30], recommending that Defendants' motion to vacate default be denied, is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendants' motion to vacate default [docket entry no. 23] is **DENIED**.

/s/ Joel A. Pisano
JOEL A. PISANO, U.S.D.J.